IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN SPENCER,

    Plaintiff,                        No. CIV S-05-2544 LKK PAN P

   vs.

A. K. SCRIBNER,

    Defendant.                     <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed what appears to be a civil rights action pursuant to 42 U.S.C. § 1983. He has neither paid the filing for nor sought leave to proceed in forma pauperis. In his complaint, plaintiff seems to allege violations of his civil rights occurring in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1.  This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2.  All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

8

9  DATED:  March 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\spen2544.trnsf fsno

2